Analise N. M. Tilton
Nevada Bar No. 13185
Susana Santana
Nevada Bar No. 13753
Daniel Joslyn
Nevada Bar No. 14725
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
atilton@wshblaw.com
ssantana@wshblaw.com
djoslyn@wshblaw.com
Attorneys for Abhinesh Kumar

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| SARA HAYDEE RAMIREZ,<br><br>             Plaintiff,<br><br>      v.<br><br>ABHINESH KUMAR; DOES I through XX; and ROE CORPORATIONS I through XX, inclusive,<br><br>             Defendants. | Case No. 2:23-cv-00152-CDS-NJK<br><br>**WOOD, SMITH, HENNING & BERMAN, LLP'S MOTION FOR REMOVAL OF ONLY ATTORNEY JORDAN E. KINGSLEY FROM ELECTRONIC SERVICE LIST**<br><br>Trial Date:            None Set |

COMES NOW, Defendant ABHINESH KUMAR, by and through his attorneys of record, WOOD, SMITH, HENNING & BERMAN, LLP hereby submits this Motion for Removal of <u>only</u> Attorney JORDAN E. KINGSLEY, from the Court's electronic service list as an Attorney for Defendant ABHINESH KUMAR.

JORDAN E. KINGSLEY is no longer involved in this case, and we request that he be removed from the electronic service list.

/ / /

/ / /

/ / /

/ / /

This instant Motion is filed for the sole purpose of requesting removal of <u>only</u> attorney JORDAN E. KINGSLEY from the electronic service list. The specific e-mail address is as follows: jkingsley@wshblaw.com.

DATED: March 15, 2023

WOOD, SMITH, HENNING & BERMAN LLP

By: _/s/ Analise N. M. Tilton_
ANALISE N. M. TILTON
Nevada Bar No. 13185
SUSANA SANTANA
Nevada Bar No. 13753
DANIEL JOSLYN
Nevada Bar No. 14725
Attorneys for Abhinesh Kumar

**ORDER**

IT IS SO ORDERED

Dated: March 16, 2023

UNITED STATES MAGISTRATE JUDGE