# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SARA HAYDEE RAMIREZ,<br><br>    Plaintiff,<br><br>v.<br><br>ABHINESH KUMAR,<br><br>    Defendant. | Case No. 2:23-cv-00152-CDS-NJK<br><br>**ORDER**<br><br>[Docket No. 26] |

On September 27, 2023, the Court ordered the parties to file a schedule with all remaining deposition dates. Docket No. 25 at 3. The parties have now done so. Docket No. 26. The Court **GRANTS** the stipulation as to the depositions of Defendant and Sylvia Gonzalez. No later than January 2, 2024, the parties must file a schedule of expert depositions that complies with the same requirements the Court imposed in Docket No. 25.

IT IS SO ORDERED.

Dated: October 6, 2023.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE