# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SARA HAYDEE RAMIREZ,<br><br>    Plaintiff,<br><br>v.<br><br>ABHINESH KUMAR, et al.,<br><br>    Defendants. | Case No.: 2:23-cv-00152-CDS-NJK<br><br>**Order**<br><br>[Docket No. 30] |

On December 8, 2023, Defendant Abhinesh Kumar filed a notice of independent medical examination of Plaintiff. Docket No. 30. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1)(A). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: December 8, 2023.

                                                                       _____

                                                                     NANCY J. KOPPE<br>
                                                                       UNITED STATES MAGISTRATE JUDGE