# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SARA HAYDEE RAMIREZ,

    Plaintiff,

v.

ABHINESH KUMAR, et al.,

    Defendants.

Case No.: 2:23-cv-00152-CDS-NJK

**Order**

[Docket No. 32]

On December 8, 2023, Defendant Abhinesh Kumar filed a notice of independent medical examination of Plaintiff. Docket No. 30. On the same day, the Court struck that document. Docket No. 31. The Court stated that, "[d]iscovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1)(A). No such order has been entered in this case." *Id*. The Court further instructed the parties to "refrain from filing discovery documents on the docket in the future absent a Court order that they do so." *Id*.

Despite the Court's prior order, Defendant has now filed an amended notice of independent medical examination of Plaintiff. Docket No. 32. For the reasons already stated, the Court **STRIKES** that document. The Court **ORDERS** Defendant to refrain from filing discovery documents on the docket in the future absent a Court order that they do so. Failure to comply with this order may result in sanctions.

    IT IS SO ORDERED.

    Dated: December 12, 2023.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE