# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| SARA HAYDEE RAMIREZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ABHINESH KUMAR; DOES I through XX; and ROE CORPORATIONS I through XX, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00152-CDS-NJK<br>**ORDER GRANTING STIPULATION FOR REMAINING EXPERT DEPOSITION SCHEDULE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Per this Court's Order dated September 27, 2023 (ECF No. 25), SARA HAYDEE RAMIREZ
2  and ABHINESH KUMAR (the "Parties"), by and through their respective counsel, hereby stipulate
3  that the depositions of the Parties' designated expert witnesses shall be held on the following dates:
4  February 7, 8, 12, and 13. The Parties are scheduled to mediate this matter on January 18, 2024.

**IT IS SO STIPULATED.**

DATED this 3rd day of January, 2024        DATED this 3rd day of January, 2024

DIMARCO | ARAUJO | MONTEVIDEO             WOOD, SMITH, HENNING & BERMAN LLP


By: /s/ Anthony Modarelli                  By: /s/ Daniel Joslyn
    ANTHONY MODARELLI                          PHILLIP V. TIBERI
    Nevada Bar No. 13541                       Nevada Bar No. 6146
    415 S. 6th St., Suite 300                  DANIEL JOSLYN
    Las Vegas, NV 89101                        Nevada Bar No. 14725
                                               2881 Business Park Court, Suite 200
    Attorneys for Plaintiff, Sara Haydee       Las Vegas, Nevada 89128-9020
    Ramirez
                                               Attorneys for Abhinesh Kumar


DATED this 3rd day of January, 2024

MLG ATTORNEYS AT LAW, APLC


By: /s/ Robert Smith
    ROBERT B. SMITH
    Nevada Bar No. 9693
    600 Anton Blvd., Suite 1240
    Costa Mesa, CA 92626

    Attorneys for Plaintiff, Sara Haydee
    Ramirez


IT IS SO ORDERED.

Dated: January 4, 2024

_____
Nancy J. Koppe
United States Magistrate Judge