1 | Phillip V. Tiberi
Nevada Bar No. 6146
2 | Daniel Joslyn
Nevada Bar No. 14725
3 | **WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
4 | Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
5 | ptiberi@wshblaw.com
djoslyn@wshblaw.com

Attorneys for Abhinesh Kumar

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| SARA HAYDEE RAMIREZ, | Case No. 2:23-cv-00152-CDS-NJK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT** |
| v. | Trial Date:          None Set |
| ABHINESH KUMAR; DOES I through XX; and ROE CORPORATIONS I through XX, inclusive, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

31004706.1:12205-0006                                Case No. 2:23-cv-00152-CDS-NJK

## **STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT**

Plaintiff SARA HAYDEE RAMIREZ and Defendant ABHINESH KUMAR, by and through their undersigned counsel, stipulate and agree that Plaintiff's complaint is to be dismissed, with prejudice and with each party to bear their attorneys' fees and costs.

IT IS SO STIPULATED.

| DIMARCO \| ARAUJO \| MONTEVIDEO | WOOD SMITH HENNING & BERMAN LLP |
|---|---|
| */s/ Anthony Modarelli* <br> Anthony Modarelli <br> 415 S. 6TH St., Suite 300 <br> Las Vegas, NV 89101 <br> *Attorneys for Plaintiff* | */s/  Daniel E. Joslyn* <br> Phillip V. Tiberi <br> Nevada Bar No. 6146 <br> Daniel Joslyn <br> Nevada Bar No. 14725 <br> 2881 Business Park Court, Suite 200 <br> Las Vegas, Nevada 89128-9020 <br> *Attorneys for Defendant* |
| MLG ATTORNEYS AT LAW, APLC | |
| */s/Robert B. Smith* <br> Robert B. Smith <br> 600 Anton Blvd., Suite 1240 <br> Costa Mesa, CA 92626 <br> *Attorneys for Plaintiff* | |

## **ORDER**

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint is dismissed, with prejudice, in Case No. 2:23-cv-00152-CDS-NJK. The parties are to bear their own attorney fees and costs.

IT IS SO ORDERED.

_____

Respectfully Submitted By:

WOOD SMITH HENNING & BERMAN LLP

*/s/ Daniel E. Joslyn*
Phillip V. Tiberi
Daniel E. Joslyn
*Attorneys for Defendant*