1 | Phillip V. Tiberi
Nevada Bar No. 6146
2 | Daniel Joslyn
Nevada Bar No. 14725
3 | **WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
4 | Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
5 | ptiberi@wshblaw.com
djoslyn@wshblaw.com

Attorneys for Abhinesh Kumar

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SARA HAYDEE RAMIREZ, | Case No. 2:23-cv-00152-CDS-NJK |
| Plaintiff | **STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT** |
| v. | |
| ABHINESH KUMAR, | |
| Defendant | |

18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

31004706.1:12205-0006

Case No. 2:23-cv-00152-CDS-NJK

Plaintiff SARA HAYDEE RAMIREZ and Defendant ABHINESH KUMAR, by and through their undersigned counsel, stipulate and agree that Plaintiff's complaint is to be dismissed, with prejudice and with each party to bear their attorneys' fees and costs.

IT IS SO STIPULATED.

DIMARCO | ARAUJO | MONTEVIDEO        WOOD SMITH HENNING & BERMAN LLP

*/s/ Anthony Modarelli*
Anthony Modarelli
415 S. 6TH St., Suite 300
Las Vegas, NV 89101
*Attorneys for Plaintiff*

MLG ATTORNEYS AT LAW, APLC

*/s/Robert B. Smith*
Robert B. Smith
600 Anton Blvd., Suite 1240
Costa Mesa, CA 92626
*Attorneys for Plaintiff*

*/s/  Daniel E. Joslyn*
Phillip V. Tiberi
Nevada Bar No. 6146
Daniel Joslyn
Nevada Bar No. 14725
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
*Attorneys for Defendant*

## ORDER

Pursuant to the foregoing stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint is dismissed, with prejudice, in Case No. 2:23-cv-00152-CDS-NJK, with each party to bear their own attorneys' fees and costs.

The status conference currently set on May 9, 2024 at 11:00 a.m. is vacated. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge
Dated: May 3, 2024

Respectfully Submitted By:

WOOD SMITH HENNING & BERMAN LLP

*/s/ Daniel E. Joslyn*
Phillip V. Tiberi
Daniel E. Joslyn
*Attorneys for Defendant*